UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Santiago Abreau
                         Plaintiff,

v.                                         Case No.: 1:15−cv−08287
                                           Honorable Milton I. Shadur

The Lodge Tavern, Inc.
                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 26, 2016:

MINUTE entry before the Honorable Milton I. Shadur:In accordance with the stipulation of the parties, this action is dismissed with prejudice and with both parties to bear their own fees and costs. Under our Court of Appeals repeated rulings, however, this Court cannot retain jurisdiction to enforce the settlement. Status hearing set for 2/2/2016 is stricken.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.